PROB 12C
(6/16)

Report Date: September 23, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2026

SEAN F. MCAVOY, CLERK

ECF No 5

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Travis Brooks    Case Number: 0980 4:26CR06004-MKD-1

Address of Offender: [redacted] Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 30, 2025

Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - Timed Served (89 days); TSR - 60 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: TBD    Date Supervision Commenced: July 30, 2025

Defense Attorney: TBD    Date Supervision Expires: July 29, 2030

---

### PETITIONING THE COURT

To issue a warrant.

On August 6, 2025, conditions of supervised release were reviewed with Mr. Brooks. He signed his judgment acknowledging an understanding of his conditions of supervision.

On January 23, 2026, a transfer of jurisdiction from the District of Montana to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

On or about September 23, 2026, Mr, Brooks was arrested for fourth degree assault-domestic violence, in Benton County, Washington.

**Supporting Evidence**:

According to incident number 26-064204, on or about September 23, 2026, police officers from the Kennewick Police Department (KPD) responded at approximately 1:30 a.m. for a reported assault that occurred at Mr. Brooks' residence located at [redacted], Kennewick, Washington. KPD made contact with the alleged victim. The alleged victim informed KPD that Mr. Brooks threw her on the ground and pulled a chunk of her hair out.

Mr. Brooks was later interviewed by KPD and Mr. Brooks admitted he unsuccessfully attempted to physically move the alleged victim by placing one hand on her back/shoulders and his other hand to her lower back. Mr. Brooks then grabbed the back of the alleged victim's head and forced her to the ground to allow room for him to exit. Mr. Brooks was able to leave the residence and returned shortly after. Mr. Brooks was arrested and booked into the Benton County Jail.

Let it be known to the Court it was further reported that Mr. Brooks and the alleged victim had been consuming alcohol but due to insufficient confirmation by KPD to confirm Mr. Brooks was consuming alcohol or showed any signs of intoxication, a violation for consuming alcohol is not being alleged at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 23, 2026

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

September 24, 2026

Date